UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case Nos.: CR04-00301-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| JENNIFER RENEE LOWMAN, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial probation revocation hearing on supervised release violations in this case was scheduled before the undersigned Magistrate Judge on June 21, 2005. The United States was represented by Assistant United States Attorney John J. Lulejian, and the defendant by Mr. David Roberson. The proceedings were recorded on cassette tape.

The defendant had been sentenced on or about February 11, 2005, by the Honorable Marsha J. Pechman on charges of conspiracy to distribute less than 500 grams of cocaine. The defendant was sentenced to eighty-eight days' custody, and three years' probation subject to the conditions of supervised release.

In addition to the standard conditions of supervised release, which includes compliance with all local, state, and federal laws, special conditions of supervised release were imposed. These special conditions included participation in substance-abuse and mental-health rehabilitation programs, financial disclosure, abstinence from alcohol, search, and ninety days of

electronic home monitoring.

In a Noncompliance Summary Report and Request for Warrant dated May 17, 2005, U.S. Probation Officer Jerrod Akins asserted the following violation of the conditions of supervised release by the defendant:

(1) Using cocaine on or before April 26, 2005, in violation of standard condition No. 7.

In a Supplemental Report filed by U.S. Probation Officer Jerrod Akins on June 13, 2005, the Court was petitioned to incorporate with the Report filed on May 17, 2005, and in all future proceedings, the following violations by defendant:

(2) Consuming cocaine on May 28, 2005, in violation of standard condition No. 7; and

(3) Consuming cocaine on June 4, 2005, in violation of standard condition No. 7.

The defendant admitted to violations No. 2 and No. 3, and waived any evidentiary hearing as to whether they occurred. The defendant denied alleged violation No. 1, and requested an evidentiary hearing on the alleged violation.

I therefore recommend that the Court find the defendant violated her supervised release as to violations No. 2 and No. 3, and that as to violations No. 2 and No. 3, the Court conduct an evidentiary hearing limited to disposition.

In addition, an evidentiary hearing and disposition should be set before the Honorable Marsha J. Pechman on alleged violation No. 1. Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 21st day of June, 2005.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:        Honorable Marsha J. Pechman
    AUSA:                  Mr. John J. Lulejian
    Defendant's attorney:  Mr. David Roberson
    Probation officer:     Mr. Jerrod Akins

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 3