UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR04-301-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| JENNIFER RENEE LOWMAN, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on August 11, 2006. The United States was represented by Assistant United States Attorney John Lulejian, and the defendant by Mr. Mark Larranaga. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Conspiracy to Distribute Less than 500 grams of Cocaine in violation of 21 U.S.C. § 841 (b)(1)(C) and 846. On February 11, 2005, defendant was sentenced by the Honorable Marsha J. Pechman to a term of eighty-eight (88) days imprisonment, followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, abstention from alcohol, participation in drug/alcohol testing as instructed, participation in a mental health treatment program, and consent to search.

In a Petition for Warrant or Summons dated July 13, 2006, U.S. Probation Officer

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

Jerrod Akins asserted the following violation by defendant of the conditions of her supervised release:

    (1)    Failing to follow the instructions of the probation officer, in violation of standard condition No. 3.

The defendant was advised of the allegation, and advised of her rights. Defendant admitted to the violation, and waived any rights to an evidentiary hearing as to whether it occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations 1, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set for August 16, 2006 at 10 a.m. before the Honorable Marsha J. Pechman.

Pending a final determination by the Court, the defendant has been released, subject to continued supervision.

DATED this 11th day of August, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable Marsha J. Pechman
       AUSA:    Mr. John Lulejian
       Defendant's attorney:    Mr. Mark Larranaga
       Probation officer:    Mr. Jerrod Akins